Beatrice Finkelstein, Respondent, v. Nathan Finkelstein, Appellant.— Order modified by reducing alimony to $20 per week, and counsel fee to

First Department, October, 1915.          [Vol. 170.

$100, and as so modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Otto Krauss, Appellant, v. Francis Draz & Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.